```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
TERESA RENE FILSOOF,

                Plaintiff,                    ORDER

         - against -                     22 Civ. 9359 (NRB)

WHEELOCK STREET CAPITAL, LLC
AND WS CE RESORT OWNER, LLC,

                Defendants.

-------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS, the parties have submitted letters pursuant to this Court's Individual Practice Rule 2B; and

WHEREAS, the Court held a telephonic conference with the parties on April 19, 2023 to discuss the proposed motions, during which the Court informed the parties that there was no need to address personal jurisdiction before addressing defendants' proposed motion for a change of venue; it is hereby

**ORDERED** that defendants shall file their change of venue motion by May 18, 2023 and that the memorandum of law in support of the motion shall be limited to twelve (12) pages; it is further

**ORDERED** that plaintiff shall file its response by June 15, 2023 and that the memorandum of law in opposition to the motion shall be limited to twelve (12) pages; it is further

**ORDERED** that defendants shall file their reply by June 27,

2023 and that the reply memorandum of law shall be limited to five (5) pages.

Dated:   New York, New York
         April 21, 2023

                                                  NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE