# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:22−cv−09359−NRB

| | |
|---|---|
| Filsoof v. Wheelock Street Capital, LLC | Date Filed: 11/01/2022 |
| Assigned to: Judge Naomi Reice Buchwald | Date Terminated: 12/07/2023 |
| Cause: 28:1332pi Diversity−Personal Injury | Jury Demand: Plaintiff |
| | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Terasa Rene Filsoof**     represented by     **Max Steinbach**
The Bostany Law Firm PLLC
3 World Financial Center
24th Floor
10281
New York, NY 10281
212−530−4400
Fax: 212−530−4488
Email: max@bozlaw.com
*ATTORNEY TO BE NOTICED*

**John Peter Bostany**
The Bostany Law Firm PLLC
3 World Financial Center, 24th Floor
New York, NY 10281
212−530−4400
Fax: 212−530−4488
Email: John@Bozlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wheelock Street Capital, LLC**     represented by     **April Adell Febrizio**
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604
516−849−5626
Email: april.febrizio@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Joseph Laird**
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017
(212) 490−3000
Fax: (212)−490−3038
Email: joseph.laird@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **WS CE Resort Owner, LLC** | represented by | **April Adell Febrizio**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2022 | Ï 1 | COMPLAINT against Wheelock Street Capital, LLC. (Filing Fee $ 402.00, Receipt Number ANYSDC–26902439)Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 11/01/2022) |
| 11/01/2022 | Ï 2 | CIVIL COVER SHEET filed..(Bostany, John) (Entered: 11/01/2022) |
| 11/02/2022 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Naomi Reice Buchwald. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(jgo) (Entered: 11/02/2022) |
| 11/02/2022 | Ï | Magistrate Judge Barbara C. Moses is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (jgo) (Entered: 11/02/2022) |
| 11/02/2022 | Ï | Case Designated ECF. (jgo) (Entered: 11/02/2022) |
| 11/02/2022 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS as to WHEELOCK STREET CAPITAL, LLC, re: 1 Complaint. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 11/02/2022) |
| 11/02/2022 | Ï 4 | ELECTRONIC SUMMONS ISSUED as to Wheelock Street Capital, LLC..(jgo) (Entered: 11/02/2022) |
| 11/15/2022 | Ï 5 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Wheelock Street Capital, LLC served on 11/3/2022, answer due 11/25/2022. Service was accepted by Corporation Service Company, Registered Agent. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 11/15/2022) |
| 12/01/2022 | Ï 6 | NOTICE OF APPEARANCE by Joseph Laird on behalf of Wheelock Street Capital, LLC..(Laird, Joseph) (Entered: 12/01/2022) |
| 12/01/2022 | Ï 7 | FIRST LETTER MOTION for Extension of Time to File Answer addressed to Magistrate Judge Barbara C. Moses from Joseph Laird dated 12/1/22. Document filed by Wheelock Street Capital, LLC..(Laird, Joseph) (Entered: 12/01/2022) |
| 12/07/2022 | Ï 8 | ORDER granting 7 Letter Motion for Extension of Time to Answer re 7 FIRST LETTER MOTION for Extension of Time to File Answer addressed to Magistrate Judge Barbara C. Moses from Joseph Laird dated 12/1/22., 1 Complaint. Application granted. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 12/7/2022) (tg) Modified on 12/8/2022 (tg). (Entered: 12/08/2022) |
| 12/16/2022 | Ï 9 | FIRST AMENDED COMPLAINT amending 1 Complaint against Wheelock Street Capital, LLC with JURY DEMAND.Document filed by Terasa Rene Filsoof. Related document: 1 Complaint..(Bostany, John) Modified on 12/19/2022 (vf). Modified on 12/20/2022 (gp). (Entered: 12/16/2022) |
| 12/19/2022 | Ï 10 | |

| | | |
|---|---|---|
| | | PROPOSED STIPULATION AND ORDER. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 12/19/2022) |
| 12/19/2022 | Ï 11 | PROPOSED STIPULATION AND ORDER. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 12/19/2022) |
| 12/19/2022 | Ï 12 | EXHIBIT TO PLEADING re: 9 Amended Complaint,. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 12/19/2022) |
| 01/06/2023 | Ï 13 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Wheelock Street Capital, LLC..(Laird, Joseph) (Entered: 01/06/2023) |
| 01/06/2023 | Ï 14 | ANSWER to 9 Amended Complaint,. Document filed by Wheelock Street Capital, LLC..(Laird, Joseph) (Entered: 01/06/2023) |
| 01/11/2023 | Ï 15 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 2/2/2023 at 11:30 AM in Courtroom 21A, 500 Pearl Street, New York, NY 10007 before Judge Naomi Reice Buchwald. (Signed by Judge Naomi Reice Buchwald on 1/11/2023) (tg) (Entered: 01/11/2023) |
| 01/21/2023 | Ï 16 | NOTICE of Consent to eService pursuant to Rule 5(b)(2)(E). Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 01/21/2023) |
| 01/24/2023 | Ï 17 | RULE 26(f) DISCOVERY PLAN REPORT.Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 01/24/2023) |
| 01/25/2023 | Ï 18 | FIRST LETTER MOTION for Leave to File Motion for Judgment on Pleadings addressed to Judge Naomi Reice Buchwald from Joseph Laird dated January 25, 2023. Document filed by Wheelock Street Capital, LLC..(Laird, Joseph) (Entered: 01/25/2023) |
| 01/31/2023 | Ï 19 | LETTER RESPONSE to Motion addressed to Judge Naomi Reice Buchwald from John P. Bostany dated January 31, 2023 re: 18 FIRST LETTER MOTION for Leave to File Motion for Judgment on Pleadings addressed to Judge Naomi Reice Buchwald from Joseph Laird dated January 25, 2023. . Document filed by Terasa Rene Filsoof. (Attachments: # 1 Exhibit A 1.24.23 Requests for Docs, # 2 Exhibit B 1.24.23 Interrogatories).(Bostany, John) (Entered: 01/31/2023) |
| 02/02/2023 | Ï | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Initial Pretrial Conference held on 2/2/2023. (ade) (Entered: 02/02/2023) |
| 02/07/2023 | Ï 20 | SUPPLEMENTAL LETTER addressed to Judge Naomi Reice Buchwald from John P. Bostany dated February 7, 2023 re: John P. Bostany. Document filed by Terasa Rene Filsoof. (Attachments: # 1 Exhibit C RFAs, # 2 Exhibit D Affidavit of Wheelock Principal, # 3 Exhibit E Wheelock Principal listing, # 4 Exhibit F Corrected Jan. 31 letter, # 5 Exhibit G Plaintiff's offer to extend time to Answer).(Bostany, John) (Entered: 02/07/2023) |
| 02/13/2023 | Ï 21 | SECOND LETTER MOTION for Conference re: 18 FIRST LETTER MOTION for Leave to File Motion for Judgment on Pleadings addressed to Judge Naomi Reice Buchwald from Joseph Laird dated January 25, 2023. addressed to Judge Naomi Reice Buchwald from JOSEPH LAIRD dated 2/13/23. Document filed by Wheelock Street Capital, LLC. (Attachments: # 1 Exhibit A).(Laird, Joseph) (Entered: 02/13/2023) |
| 02/14/2023 | Ï 22 | LETTER RESPONSE to Motion addressed to Judge Naomi Reice Buchwald from John P. Bostany dated February 14, 2023 re: 21 SECOND LETTER MOTION for Conference re: 18 FIRST LETTER MOTION for Leave to File Motion for Judgment on Pleadings addressed to Judge Naomi Reice Buchwald from Joseph Laird dated January 25, 2023. addressed to Judge Naomi Reic . Document filed by Terasa Rene Filsoof. (Attachments: # 1 Exhibit H −Requests for Admission, # 2 Exhibit H−1 Ex. B to RFAs, # 3 Exhibit H−2 Ex. C to RFAs, # 4 Exhibit I Plaintiff's Feb. 1 disclosures, # 5 Exhibit J Add'l Good Faith efforts).(Bostany, John) (Entered: 02/14/2023) |

| | | |
|---|---|---|
| 02/27/2023 | Ï 23 | ORDER terminating 18 Letter Motion for Leave to File Document; terminating 21 Letter Motion for Conference re: 18 FIRST LETTER MOTION for Leave to File Motion for Judgment on Pleadings addressed to Judge Naomi Reice Buchwald from Joseph Laird dated January 25, 2023., 21 SECOND LETTER MOTION for Conference re: 18 FIRST LETTER MOTION for Leave to File Motion for Judgment on Pleadings addressed to Judge Naomi Reice Buchwald from Joseph Laird dated January 25, 2023. addressed to Judge Naomi Reic. After holding an initial pretrial conference on February 2, 2023 and after reviewing the parties' pre−motion letters, dated February 13, 2023 and February 14, 2023, the Court has determined that defendant may bring its motion without the necessity of a second pre−motion conference. Plaintiff is reminded that if, consistent with Rule 11, he can assert additional allegations to cure any alleged deficiencies raised by defendants' letter, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motions. Plaintiff is thus granted leave to file an amended complaint within two weeks of this Order. At that time, if no amended complaint has been filed, the parties should confer on a briefing schedule agreeable to both sides, in which no more than forty−five (45) days elapse from the filing of defendants motions to the filing of defendant's reply. Given the personal jurisdiction and venue issues that have been raised, defendant's request that discovery be stayed seems appropriate. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 2/27/2023) (tg) (Entered: 02/27/2023) |
| 03/13/2023 | Ï 24 | SECOND AMENDED COMPLAINT amending 9 Amended Complaint, against Wheelock Street Capital, LLC, WS CE RESORT OWNER, LLC with JURY DEMAND.Document filed by Terasa Rene Filsoof. Related document: 9 Amended Complaint,..(Bostany, John) (Entered: 03/13/2023) |
| 03/16/2023 | Ï 25 | NOTICE OF APPEARANCE by April Adell Febrizio on behalf of Wheelock Street Capital, LLC..(Adell Febrizio, April) (Entered: 03/16/2023) |
| 03/20/2023 | Ï 26 | LETTER addressed to Judge Naomi Reice Buchwald from John P. Bostany dated March 20, 2023 re: Redline of Amended Complaint. Document filed by Terasa Rene Filsoof. (Attachments: # 1 Exhibit Redline of Amended Complaint).(Bostany, John) (Entered: 03/20/2023) |
| 03/20/2023 | Ï 27 | REQUEST FOR ISSUANCE OF SUMMONS as to WS CE RESORT OWNER, LLC, re: 24 Amended Complaint. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 03/20/2023) |
| 03/21/2023 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney John Peter Bostany. The party information for the following party/parties has been modified: WS CE RESORT OWNER, LLC. The information for the party/parties has been modified for the following reason/reasons: party name was entered in all caps;. (pc)** (Entered: 03/21/2023) |
| 03/21/2023 | Ï 28 | ELECTRONIC SUMMONS ISSUED as to WS CE Resort Owner, LLC..(pc) (Entered: 03/21/2023) |
| 03/22/2023 | Ï 29 | NOTICE OF APPEARANCE by Max Steinbach on behalf of Terasa Rene Filsoof..(Steinbach, Max) (Entered: 03/22/2023) |
| 03/22/2023 | Ï 30 | SECOND LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/22/2023. Document filed by Wheelock Street Capital, LLC..(Adell Febrizio, April) (Entered: 03/22/2023) |
| 03/22/2023 | Ï 31 | CERTIFICATE OF SERVICE of Summons and Amended Complaint. WS CE Resort Owner, LLC served on 3/22/2023, answer due 4/12/2023. Service was accepted by Registered Agent. Document filed by Terasa Rene Filsoof..(Steinbach, Max) (Entered: 03/22/2023) |
| 03/27/2023 | Ï 32 | LETTER RESPONSE to Motion addressed to Judge Naomi Reice Buchwald from John P. Bostany dated March 27, 2023 re: 30 SECOND LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/22/2023. *and request to compel Wheelock to comply with Rules 26, 33 and 34*. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 03/27/2023) |

| | | |
|---|---|---|
| 03/27/2023 | Ï 33 | LETTER RESPONSE to Motion addressed to Judge Naomi Reice Buchwald from John P. Bostany dated March 27, 2023 re: 30 SECOND LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/22/2023. *and request to compel Wheelock to comply with Rules 26, 33 and 34*. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 03/27/2023) |
| 03/31/2023 | Ï 34 | NOTICE OF APPEARANCE by April Adell Febrizio on behalf of WS CE Resort Owner, LLC..(Adell Febrizio, April) (Entered: 03/31/2023) |
| 03/31/2023 | Ï 35 | LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/31/2023. Document filed by WS CE Resort Owner, LLC..(Adell Febrizio, April) (Entered: 03/31/2023) |
| 04/05/2023 | Ï 36 | LETTER RESPONSE to Motion addressed to Judge Naomi Reice Buchwald from John P. Bostany dated April 5, 2023 re: 35 LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/31/2023. . Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 04/05/2023) |
| 04/19/2023 | Ï | The dial−in for today's conference at 2:00 p.m. is 888−363−4749 and the access code is 2712517. (Reisig, Lauren) (Entered: 04/19/2023) |
| 04/19/2023 | Ï | Minute Entry for proceedings held before Judge Naomi Reice Buchwald: Conference held on 4/19/2023. (ade) (Entered: 04/25/2023) |
| 04/21/2023 | Ï 37 | ORDER: it is hereby ORDERED that defendants shall file their change of venue motion by May 18, 2023 and that the memorandum of law in support of the motion shall be limited to twelve (12) pages; it is further ORDERED that plaintiff shall file its response by June 15, 2023 and that the memorandum of law in opposition to the motion shall be limited to twelve (12) pages; it is furtherORDERED that defendants shall file their reply by June 27, 2023 and that the reply memorandum of law shall be limited to five (5) pages., ( Motions due by 5/18/2023., Responses due by 6/15/2023, Replies due by 6/27/2023.) (Signed by Judge Naomi Reice Buchwald on 4/21/2023) (ama) (Entered: 04/21/2023) |
| 04/27/2023 | Ï 38 | LETTER addressed to Judge Naomi Reice Buchwald from John P. Bostany dated April 27, 2023 re: Docket Maintenance. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 04/27/2023) |
| 05/11/2023 | Ï 39 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint. WS CE Resort Owner, LLC served on 4/10/2023, answer due 5/1/2023. Service was accepted by Tim Hodes, Authorized Agent served personally. Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 05/11/2023) |
| 05/17/2023 | Ï 40 | LETTER addressed to Judge Naomi Reice Buchwald from April Adell dated May 17, 2023 re: as per NRB rules. Document filed by WS CE Resort Owner, LLC, Wheelock Street Capital, LLC..(Adell Febrizio, April) (Entered: 05/17/2023) |
| 05/17/2023 | Ï 41 | MOTION to Change Venue . Document filed by WS CE Resort Owner, LLC, Wheelock Street Capital, LLC..(Adell Febrizio, April) (Entered: 05/17/2023) |
| 05/17/2023 | Ï 42 | MEMORANDUM OF LAW in Support re: 41 MOTION to Change Venue . . Document filed by WS CE Resort Owner, LLC, Wheelock Street Capital, LLC..(Adell Febrizio, April) (Entered: 05/17/2023) |
| 05/17/2023 | Ï 43 | DECLARATION of April Adell in Support re: 41 MOTION to Change Venue .. Document filed by WS CE Resort Owner, LLC, Wheelock Street Capital, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(Adell Febrizio, April) (Entered: 05/17/2023) |
| 06/15/2023 | Ï 44 | |

| | | |
|---|---|---|
| | | MEMORANDUM OF LAW in Opposition re: 41 MOTION to Change Venue . . Document filed by Terasa Rene Filsoof..(Bostany, John) (Entered: 06/15/2023) |
| 06/23/2023 | Ï 45 | REPLY MEMORANDUM OF LAW in Support re: 41 MOTION to Change Venue . . Document filed by WS CE Resort Owner, LLC, Wheelock Street Capital, LLC..(Adell Febrizio, April) (Entered: 06/23/2023) |
| 11/30/2023 | Ï 46 | MEMORANDUM AND ORDER terminating 35 Letter Motion for Conference re: 35 LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/31/2023, 41 MOTION to Change Venue , 30 SECOND LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/22/2023; granting 41 Motion to Change Venue; terminating 30 Letter Motion for Conference re: 35 LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/31/2023, 41 MOTION to Change Venue , 30 SECOND LETTER MOTION for Conference *Pre−Motion* addressed to Judge Naomi Reice Buchwald from April Adell Febrizio dated 03/22/2023. For the foregoing reasons, defendants' motion is granted, and the Court orders the case be transferred to the United States District Court for the Northern District of Georgia. The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 30, 35, and 41. SO ORDERED. (Signed by Judge Naomi Reice Buchwald on 11/30/2023) (mml) Transmission to Office of the Clerk of Court for processing. (Entered: 11/30/2023) |
| 12/07/2023 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Northern District of Georgia.(tg) (Entered: 12/07/2023) |