UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARASA RENE FILSOOF, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:23-CV-5601-SEG |
| WHEELOCK STREET CAPITAL, LLC and WS CE RESORT OWNER, LLC, | |
| Defendants. | |

**O R D E R**

This case is before the Court on the parties' joint motion to transfer venue, for an extension of time for Defendants to respond to Plaintiff's second amended complaint, and to extend the deadline to serve initial disclosures. (Doc. 62.)

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). The purpose of this statute is "to prevent the waste of time, energy and money and to protect litigants, witnesses and the public against unnecessary inconvenience and expense." *Van Dusen v. Barrack*, 376 U.S. 612, 616 (1964). Here, the parties jointly

request that this case be transferred to the Gainesville Division because it is where the subject incident occurred.

The motion is **GRANTED**.  The Clerk is **DIRECTED** to **TRANSFER** this case to the Gainesville Division.  The Court also grants the parties' request for certain agreed-upon litigation deadlines.  Defendants shall have 14 days from the entry date of this order to file their responses to Plaintiff's second amended complaint.  Defendants shall have 10 days from the entry date of this order to serve their initial disclosures and 20 days from the entry date of this order to serve their responses to Plaintiff's January 24, 2023, Rule 33 and Rule 34 requests.

**SO ORDERED** this 19th day of January, 2024.

_____
SARAH E. GERAGHTY
United States District Judge